**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| TRACY GAMMON, *as Personal Representative of the Estate of Andrew Edward Gammon,* | ) ) ) ) | |
| Plaintiff, | ) ) | No.    14-cv-595 JPG/SCW |
| v. | ) ) | |
| TEREX CORPORATION *et al.,* | ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Notice of Dismissal (Doc.14) pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i)  filed by plaintiff USA.  Rule 41(a)(1)(A)(i)

allows a plaintiff to dismiss an action without a court order at any time before the opposing party

serves an answer or a motion for summary judgment.  The defendant has not served an answer or

motion for summary judgment in this case.  Because the plaintiff has an absolute right to dismiss

this case at the present time, the Court finds that this action is **DISMISSED without prejudice**

and **DIRECTS** the Clerk of Court to close this case.

DATED: November 20, 2014


                                                              *s/ J. Phil Gilbert*
                                                              UNITED STATES DISTRICT JUDGE